FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | SA09-120 M |
| v. | | |
| Nip Hy | | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| | DEFENDANT(S). | |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Monday 3/23/09__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __3/19/09__

__ROBERT N. BLOCK__
U.S. District Judge/Magistrate Judge